# UNITED STATES DISTRICT COURT

for the

Central District of California



| United States of America | ) |
| v. | ) Case No. E019-0484M |
| JOAQUIN LOERA-SAUCEDA,<br>  aka "Joaquin Loera,"<br>  aka "Eric Perez," | ) |
| Defendant | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. Beginning on an unknown date, but no later than March 31, 2014, and continuing to an unknown date, but at least until July 1, 2018, in the county of San Bernardino in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §§ 1326(a), (b)(2) | Illegal Alien Found in United States After Deportation or Removal |

This criminal complaint is based on these facts: *Please see attached affidavit.*

☒ Continued on the attached sheet.

_____
Complainant's signature

Elias Valdez, Deportation Officer
Printed name and title

Sworn to before me and signed in my presence.

Date: September 10, 2019

_____
Judge's signature

City and state: Riverside, California       Hon. Sheri Pym, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT

I, ELIAS VALDEZ, being duly sworn, declare and state as follows:

### I. INTRODUCTION

1. I am a Deportation Officer ("DO") with the United States Department of Homeland Security ("DHS"), U.S. Immigration and Customs Enforcement ("ICE"), and I have been so employed since May 2011. I am currently assigned to the San Bernardino Office of Enforcement and Removal Operations. I have experience reviewing immigration files, removal proceedings and executed final orders of removal.

### II. PURPOSE OF AFFIDAVIT

2. This affidavit is made in support of a criminal complaint charging, JOAQUIN LOERA-SAUCEDA ("LOERA-SAUCEDA"), also known as ("aka") "Joaquin Loera," aka Eric Perez with a violation of Title 8, United States Code, Sections 1326(a) and (b)(2) (Illegal Alien Found in United States After Deportation or Removal).

3. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to merely show that there is sufficient probable cause for the requested criminal complaint and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## III. PROBABLE CAUSE

4. On or about January 17, 2019, Agent Lomvardias with the United States Forest Service notified the San Bernardino ICE office that LOERA-SAUCEDA was present in the United States. Agent Lomvardias had previously conducted an interview with "Witness One,"[1] a former co-worker of LOERA-SAUCEDA in Bloomington, California. Witness One said that LOERA-SAUCEDA used the alias "Eric Perez," and he identified a photograph that he was shown by Agent Lomvardias as a photograph of LOERA-SAUCEDA. I looked at that photograph and determined that it is a photograph of the same person as appears in the photographs in DHS A-File A038-940-019, the file for subject alien "Joaquin Loera-Sauceda," a previously deported criminal alien, without proper authorization to be present in the United States, as explained further below. Also, on or about March 16, 2017, the Forest Service conducted a search at the former place of

---

[1] Based on my review of his criminal history report, "Witness One" sustained a felony conviction in 2013 for inflicting corporal injury on a spouse/cohabitant, in violation of California Penal Code Section 273.5(a). Based on the same criminal history report, I believe he also has sustained the following misdemeanor convictions: Driving Under the Influence of Alcohol, in violation of California Vehicle Code Section 23152(b) (2005), Driving Under the Influence of Alcohol, in violation of California Vehicle Code Section 23152(b) (2005), Disorderly Conduct, in violation of California Penal Code Section 647(f) (2006), Obstruct/Etc. Public Officer/Etc., in violation of California Penal Code Section 148(a)(1) (2010), Disturbs By Loud/Unreasonable Noise, in violation of California Penal Code Section 415(2) (2010), Contempt: Disorderly Behavior in Court, in violation of California Penal Code Section 166(a)(1) (2011), and Contempt: Viol. Protective Order/Etc., in violation of California Penal Code Section 166(c)(1). He is not a confidential informant; however, he is referred to herein as Witness One to protect his identity.

employment of Witness One and "Eric Perez" in Bloomington, California. During that search, agents recovered an employment verification form, a driver's license, and a social security card for "Eric Perez." While those documents appear to be fraudulent, the person in the photograph of the driver's license for Eric Perez appears to be one and the same as "LOERA-SAUCEDA" from the photographs in DHS A-File A038-940-019.[2]

5. Based on my training and experience, I know that the United States Department of Homeland Security ("DHS") maintains Alien Registration Files ("A-Files") which contain immigration records for aliens admitted to or found within the United States. Based on my review of many such A-Files, I know that they contain photographs, fingerprints, court records, and records of deportations or removals relating to the alien for whom DHS maintains the A-File.

6. On or about January 24, 2019, I obtained and reviewed the DHS A-File A038-940-019, which is maintained for the subject alien "Joaquin Loera-Sauceda." The A-File contained the following documents and information:

    a. Photographs of the subject alien to whom DHS A-File A038-940-019 corresponds. These photographs depict LOERA-SAUCEDA which I compared to photographs taken at the time of booking into ICE custody on or about December 15, 2010.

---

[2] Special Agent Patrick Brown of the Forest Service advised me that he obtained records from the California Employment Development Department. The records show that Eric Perez worked at the location searched in Bloomington, California from the first quarter of 2014, through the third quarter of 2018.

  b. Removal Order showing that LOERA-SAUCEDA was ordered removed from the United States to Mexico on February 21, 2011.

  c. Executed I-205 Warrant of Removal/Deportation indicating that LOERA-SAUCEDA was officially removed and deported from the United States on May 3, 2011.

  d. I know from my training and experience that an I-205 Warrant of Removal/Deportation is executed each time a subject alien is removed and deported from the United States by ICE (and its predecessor agency, INS) and usually contains the subject's photograph, signature, and fingerprint. The executed I-205 Warrant of Removal/Deportation in LOERA-SAUCEDA's DHS A-File A038-940-019 contain(s) his photograph, signature, and fingerprint.

  e. A certified copy of conviction record, from the Superior Court of California, County of San Bernardino, case number FWV031281, showing that LOERA-SAUCEDA was convicted on or about November 9, 2004, of Lewd Act Upon a Child, in violation of Penal Code 288(a), for which LOERA-SAUCEDA was sentenced to three years' imprisonment.

  f. Various documents, in addition to the Warrant of Removal/Deportation indicating that LOERA-SAUCEDA is a native and citizen of Mexico. These documents include a Final Order of Deportation, dated February 21, 2011, ordering LOERA-SAUCEDA deported to Mexico.

 7. On January 24, 2019, I reviewed the printouts of the Criminal Identification Index ("CII"). Based on my training and

experience, I know that the CII databases track and record arrests and convictions of individuals according to an individual's CII number. The CII printouts confirmed that LOERA-SAUCEDA had been convicted of the crime reflected on the documents contained in the DHS A-File A038-940-019, described above.

    8. On January 24, 2019, I reviewed the printouts of ICE computer indices on LOERA-SAUCEDA. Based on my training and experience, I know that the ICE computer indices track and document each time an alien is deported from the United States by ICE, was deported by the former INS, or is granted permission to enter or re-enter the United States. The ICE computer indices confirmed that LOERA-SAUCEDA had been deported on the dates indicated on the Warrant of Removal/Deportation in the DHS A-File A038-940-019. The ICE computer indices further indicated that LOERA-SAUCEDA had not applied for or obtained permission from the Attorney General or her designated successor, the Secretary of Homeland Security, to re-enter the United States legally since LOERA-SAUCEDA had last been deported.

    9. Based on my review of LOERA-SAUCEDA's DHS A-File A038-940-019, I have determined that his A-File does not contain any record of him ever applying for, or receiving permission from, the Attorney General or her designated successor, the Secretary of Homeland Security, to legally re-enter the United States. Based on my training and experience, I know that such documentation is required to re-enter the United States legally

after deportation, and that if such documentation existed, it would ordinarily be found in the DHS A-File.

## IV. CONCLUSION

10. Based on the foregoing, I submit that there is probable cause to believe that LOERA-SAUCEDA has violated Title 8, United States Code, Sections 1326(a) and (b)(2) (Illegal Alien Found in United States After Deportation or Removal).

_____
ELIAS VALDEZ
Deportation Officer, ICE

Subscribed to and sworn before me this 10th day of September, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

7